THOMAS E. MOSS
UNITED STATES ATTORNEY
MICHELLE R. MALLARD
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN, SUITE 192
POCATELLO, IDAHO   83201

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 04-31-E-BLW |
| Plaintiff, | **INDICTMENT** |
| vs. | 18 U.S.C. § 875(c) |
| DOUGLAS E. USHER, | |
| Defendant. | |

The Grand Jury charges:

### Count One

### Threatening Communication
### (18 U.S.C. § 875(c))

On or about the 20th day of November, 2003, in the State and District of Idaho, the defendant, **DOUGLAS E. USHER**, did intentionally transmit by telephone and/or cellular phone in interstate commerce to Mike Allen a communication containing a threat to injure the person of another, Idaho State Magistrate Judge Jerry Meyers, by making the statement "I'm going to kill him if it's the last thing I do," in violation of Title 18, United States Code, Section 875(c).

INDICTMENT - 1

## Count Two

**Threatening Communication**
**18 U.S.C. § 875(c)**

On or about the 25th day of July, 2003 in the State and District of Idaho, the defendant, **DOUGLAS E. USHER**, did intentionally transmit by telephone and/or cellular phone in interstate commerce to Deputy Joseph Staphanishen at the Lemhi County jail a communication containing a threat to injure the person of another, by making the statements "make sure those sons of bitches don't get my wife in there or it will be Ruby Ridge all over again" and that he would "come down fighting and they would all wish he had never lived," in violation of Title 18, United States Code, Section 875(c).

DATED this ___24TH___ day of February, 2004.

A TRUE BILL:

_____
FOREPERSON

THOMAS E. MOSS
United States Attorney

_____
MICHELLE R. MALLARD
Assistant United States Attorney

INDICTMENT - 2

# CRIMINAL COVERSHEET

**DEFENDANT'S NAME:** Douglas Usher

**DEFENDANT'S STREET ADDRESS:**

**DEFENSE ATTORNEY:**

**ADDRESS**

**INVESTIGATING AGENCY & AGENT:** S/A Kirt Hodges
FBI
Idaho Falls, Idaho

**Juvenile:** No

**Service Type:** Secret/Warrant

**Interpreter:**
If yes, language:

CR 04- ⬚⬚⬚ BLW

**CASE INFORMATION:** (List any miscellaneous, magistrate, CVB or other related defendants/case numbers.)

## CRIMINAL CHARGING INFORMATION

| ___ Complaint | _X_ Indictment | ___ Information | ___ Superseding Indictment |
| _X_ Felony | ___ Class A Misdemeanor | | ___ Class B or C Misdemeanor (Petty Offense) |
| County of Offense: Lemhi | | Estimated Trial Time: 5 days | |

| TITLE/SECTION | COUNTS | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessments) |
|---|---|---|---|
| 18 U.S.C. § 875(c) | 1-2 | Threatening Communications | Maximum 5 years incarceration and/or $250,000 fine, 3 years supervised release, and $100 special assessment on each count |

Date: February 23, 2004

AUSA: Michelle R. Mallard
Telephone No.: (208) 478-4166